IN THE COURT OF CRIMINAL APPEALS


OF TEXAS





NO. WR-77,460-01






DANIEL MEDELLIN, Relator


v.


HARRIS COUNTY DISTRICT CLERK, Respondent






ON APPLICATION FOR A WRIT OF MANDAMUS

CAUSE NO. 1225374 IN THE 228TH JUDICIAL DISTRICT COURT

FROM HARRIS COUNTY





 Per curiam.


O R D E R




 Relator has filed a motion for leave to file a writ of mandamus pursuant to the original
jurisdiction of this Court. In it, he contends he filed an application for a writ of habeas corpus
in the 228th Judicial District Court of Harris County, that more than 35 days have elapsed,
and that the application has not yet been forwarded to this Court. 


 In these circumstances, additional facts are needed. The respondent, the District Clerk
of Harris County, is ordered to file a response, which may be made by: submitting the record
on such habeas corpus application; submitting a copy of a timely filed order which designates
issues to be investigated, see McCree v. Hampton, 824 S.W.2d 578 (Tex. Crim. App. 1992);
or stating Relator has not filed an application for habeas corpus in Harris County. Should the
response include an order designating issues, proof of the date the district attorney's office
was served with the habeas application shall also be submitted with the response. This
application for leave to file a writ of mandamus shall be held in abeyance until the
respondent has submitted the appropriate response. Such response shall be submitted within
30 days of the date of this order.



Filed: April 25, 2012

Do not publish